Lashonda COLE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102498

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE*.

Filed: November 3, 2015

Amanda Page Faerber, 1010 Market St., Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Robert Jefferson Bartholomew, Jr., Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM.

Lashonda Cole appeals the judgment denying her Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).